# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANTHJEET SINGH MAAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UR JADDOU, *in her official capacity as Director of United States Citizenship and Immigration Services*, et al.,<br><br>　　　　Defendants. | Case No. 1:24-cv-01370-SAB<br><br>ORDER RE: STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER<br><br>(ECF No. 9) |

Before the Court is the parties' stipulation for an extension of time for Defendants to answer the complaint. For good cause shown, the Court approves the stipulation and hereby ORDERS that Defendants shall have through September 2, 2025, to file an answer or otherwise respond to the complaint. In light of the foregoing, the Court CONTINUES the mandatory scheduling conference to October 7, 2025 at 9:30 a.m.

IT IS SO ORDERED.

Dated: __**January 8, 2025**__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge